UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURELLE SHADAYE DANIELS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAN DIZON et al.,<br><br>    Defendants. | Case No.: 2:22-cv-00342-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Set/Reset Deadlines and Hearings. ECF No. 8. Plaintiff's instant Motion refers to her Motion to Dismiss filed on March 17, 2022 (ECF No. 7). In her Motion to Dismiss Plaintiff asks the Court to dismiss her claims because they were brought in the wrong venue. Plaintiff's Motion to Set/Reset Deadlines and Hearings does not ask for any relief the Court can grant. The Motion to Dismiss will be ruled upon separately.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Set/Reset Deadlines and Hearings (ECF No. 8) is DENIED.

DATED this 30th day of March, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1