# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAURELLE SHADAYE DANIELS,

           Plaintiff,

vs.

DAN DIZON et al.,

           Defendants.

Case No.: 2:22-cv-00342-GMN-EJY

**ORDER**

      Pending before the Court is the Order and Report and Recommendation ("R&R"), (ECF No. 6), of United States Magistrate Judge Elayna J. Youchah, which recommends that Plaintiff Laurelle Shadaye Daniels' ("Plaintiff's") Complaint, (ECF No. 1-1), be dismissed without prejudice.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order,

ECF No. 6) (setting a March 18, 2022, deadline for objections).  To the extent that Plaintiff filed her Motion to Dismiss, (ECF No. 7), as an objection to the R&R, it does not cure the deficiencies the R&R described. (*See* R&R 1:27–3:22, ECF No. 6); (Mot. Dismiss 1:15–23, ECF No. 7).  Further, Plaintiff did not file an amended complaint before the deadline passed. (*See id.*) (setting an April 4, 2022, deadline for filing an amended complaint).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 6), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff Laurelle Shadaye Daniels' Complaint, (ECF No. 1-1), is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff Laurelle Shadaye Daniels' Motion to Dismiss, (ECF No. 7), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff Laurelle Shadaye Daniels' Motion to Respond Set/Reset Deadlines and Hearings, (ECF No. 10), is **DENIED as moot**.

Dated this __13__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court